```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF MINNESOTA
```

------------------------------

In Re:

Brandon S Meyers and Lisa M
Meyers

<u>ORDER</u>

        Debtors.

Chapter 7, Case No. 09-44129

------------------------------

This case is before the court pursuant to the motion Bank of America, N.A. s/b/m of LaSalle Bank National Association, Trustee, as serviced by Home Loan Services, Inc., pursuant to 11 U.S.C. Section 362. The court being advised in the premises,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which the movant, its successors or assigns, has an interest, said property legally described as

Lot 34, Block 2, Villages on the Rum Fourth Addition.

The movant, its successors and assigns, may foreclose its mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated:   <u>August 6, 2009</u>

/e/ Robert J. Kressel
————————————————————————
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/06/2009*
Lori Vosejpka, Clerk, by LMH